Tracy Gibson #1436824
Stiles Unit
3060 FM 3514
Beaumont, Tx 77705

October 12th, 2015

Re: F1496227007
wr- 68,962
Motion for Rehearing

Dear Clerk of Court,

Please find enclosed original copy of my motion for Rehearing Pursuant to Texas Criminal Code and Procedure rule 79. Because I can not be court-appointed counsel, I can not be instructed or advised to be in complete compliance with all court rules in a timely fashion. Thank you! in advance for your time, attention; and consideration.

Sincerely,

Tracy Gibson

Tracy Gibson
#1436824

P.S. Also enclosed is my objection to Defendants Affidavit.

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

# In the Criminal Court of Appeals, Austin, Texas

Cause No: F1496022007 trial court

wr-68,962-08 08,962-01

| | | |
|---|---|---|
| Tracy Ray Gibson #1436824 <br> Stiles Unit <br> 3060 FM 3514 <br> Beaumont, Tx 77705 <br> (Pro se Applicant) | § <br> § <br> § <br> § <br> § | 145th Judicial District <br> Nacogdoches County <br> Honorable Judge <br> Campbell Cox II |
| ~v~ <br> State of Texas <br> 145th Judicial District <br> Nacogdoches, Tx 75961 <br> (Respondents) | § <br> § <br> § | |

## Motion for Rehearing
## Texas Rules of Appellate Procedure 79

TO HONORABLE JUDGES:

Now comes, Pro se applicant, Tracy Gibson #1436824, to submitt and present his motion for Rehearing in accordance to Texas Rules of APPELLATE PROCEDURE (T.R. A.P.) Rule 79, to show the following;

## I.
## Jurisdiction

The criminal court of Appeals, sua sponte, has the jurisdiction over the legal matters in the above styled cause No.(s) Furthermore, by written order from

(1)

this court, remanded this cause to the trial court as of July 1st, 2015.

## II.
## History of Case

Applicant, entered into a plea bargain of Aggravated Robbery; for 20 years; in the 145th Judicial District of Nacogdoches County and has been in the custody of the state of Texas since; March 3rd, 2007. Applicant, was entered into TDCJ since June, 2007.

Applicant, filed a post-conviction writ of habeas corpus pursuant to Article 11.07 Texas Code of Criminal Procedure and it was denied without written order January 9th, 2008. Applicant filed several subsequent 11.07 applications between 2008-2015. Each subsequent 11.07 attempted to supplement other grounds that couldn't be presented in the original 11.07 application because of unreasonable delay and irreversible errors conducted by the trial court post-conviction.

## III.
## Issues

Applicant, comes now to present his issues to this honorable court to give grounds in support of his motion for rehearing for the following:

1.) Applicants, subsequent applications for 11.07 should be reconsidered by this court of criminal appeals sua sponte.

(2)

## III. Issues (Cont'd)

2.) Applicant, should be allowed and granted a live evidentiary hearing before his trial court to fact findings and conclusion of law in regards to the "irreversible errors".

3.) The only hearing held was for ineffective assistance of counsel; Strickland v. Washington, on a bench-warrant issued August 5th, 2015.

4.) Applicant, is requesting a live evidentiary hearing in regards to address the irreversible errors caused by the trial court that could grant the applicant relief under Art. 11.07 Texas Rules of Appellate Procedure 78.1 (c)(d)(e)(f) and rule 78.2 Remand in the Interests of Justice.

5.) Applicants indigent status prevents him to obtain effective representation and requests the courts to appoint him counsel at the live evidentiary hearing.

## IV.
## Certificate of Service

Applicant, certifies under penalty of perjury that he has utilized the United States Postal Services to have delivered his motion for rehearing to the Criminal Court of Appeals, Clerk of Court Abel Acosta, P.O. Box 12308 Capitol Station, Austin, Tx 78711.

(3)

Respectfully executed and submitted, by me, Tracy Ray Gibson #1436824, on this 12th day of October, 2015.

Tracy Ray Gibson
Print name

#1436824
TDCJ#

Tracy Ray Gibson
signature

#1436824
TDCJ #

(4)